IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS,<br><br>      Plaintiff,<br><br>v.<br><br>F. FAULK, Warden,<br><br>      Defendant. | Case No.: C 14-2151 JSC (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED.**

Dated: July 28, 2014

                                                /s/ Jacqueline S. Corley
                                          JACQUELINE SCOTT CORLEY
                                          UNITED STATES MAGISTRATE JUDGE